## GARNEAU *v.* DOZIER.

For the purposes of an appeal to, or a writ of error from, this court, the tran script of the record is sufficiently authenticated, if it be sealed with the seal of the court below, and signed by the deputy clerk thereof in the name of and for his principal.

MOTION to dismiss an appeal from the Circuit Court of the United States for the Eastern District of Missouri.

This is an appeal taken by Garneau from a decree rendered in favor of the defendants below, partners doing business under the firm name of Dozier, Weyl, & Co. The authentication of the transcript of the record filed here is as follows: —

"UNITED STATES OF AMERICA,     &#125;
EASTERN DISTRICT OF MISSOURI, *ss.*

" I, M. M. Price, clerk of the Circuit Court of the United States in and for the Eastern District of Missouri, do hereby certify the writing hereto attached to be a true transcript of the record, pro- ceedings, and exhibits in case No. 560 of Joseph F. Garneau, plaintiff, against Dozier, Weyl, & Co., defendants, as fully as the same remain on file and of record in said case in my office.

"In witness whereof I hereunto subscribe my name and affix the seal of said court, at office in the city of St. Louis, in said dis- trict, this seventeenth day of July, in the year of our Lord eighteen hundred and seventy-seven.

[SEAL.]            " M. M. PRICE,
                      " *Clerk of said Court.*
           "By T. L. CRAWFORD,
                          " *Deputy.*"

*Mr. Edward Boyd* in support of the motion.
*Mr. Robert H. Parkinson, contra.*

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

Since the act of June 8, 1872 (17 Stat. 330), Rev. Stat. 558, 624, 678, authorizing the appointment of deputies of the clerks of the courts of the United States, a transcript of the record is sufficiently authenticated for the purposes of an appeal or a writ of error to this court, if it is signed by the deputy in the

name of and for the clerk of the court from which the appeal comes, or to which the writ of error is directed, and sealed with the seal of that court. The transcript sent up in this case comes within this rule.

*Motion denied.*